IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEISKOPFS ENT. INC., DBA BUDGET RENT-A-CAR

   Plaintiff,      No. CIV S-05-1718 DFL GGH

 vs.

UNITED STATES OF AMERICA,

   Defendant.      <u>ORDER</u>

_____/

   This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1), and was removed from Solano County Superior Court, Small Claims Division on August 24, 2005. On October 28, 2005, the parties filed a stipulation and proposed order notifying the court that plaintiff is no longer proceeding pro se in this matter. Both parties now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20).

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

1 | The hearing presently scheduled on November 3, 2005, is vacated, as the
2 | defendant has withdrawn its motion to dismiss.  The plaintiff is directed to file its request for
3 | leave to file an amended complaint with the District Judge.
4 | IT IS SO ORDERED.
5 | DATED: 10/31/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mb
Geiskopfs1718.ord