GUY D. BORGES (State Bar No. 111230)
DENNIS S. LUCEY (State Bar No. 219398)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER & BORGES LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Plaintiff
GEISKOPFS ENT. INC., DBA BUDGET RENT-A-CAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEISKOPFS ENT. INC., DBA BUDGET RENT-A-CAR,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CIV-S-05-1718 DFL/GGH PS<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**ORDER**

In accord with the stipulation of the parties, and said good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted leave to file its First Amended Complaint in the above entitled action.

IT IS FURTHER ORDERED pursuant to the stipulation of the parties that Defendant's Motion To Dismiss Complaint is withdrawn and any hearing date(s) related there-to are vacated.

Date: 11/8/2005

_____
DAVID F. LEVI
United States District Judge