IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEISKOPFS ENT., INC., DBA BUDGET RENT-A-CAR, | CIV. NO. 05-1718 DFL GGH |
| Plaintiff, | |
| v. | <u>ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT</u> |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The court has been advised by defendant's counsel, Bobbie J. Montoya, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than November 9, 2006; and

//

//

1

1    2.  That all hearing dates previously set in this matter
2 are vacated.
3    IT IS SO ORDERED.
4 Dated:  10/24/2006

_____
DAVID F. LEVI
United States District Judge