1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7                      FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9
10
11  GEISKOPFS ENT., INC., DBA            )   Case No. 2:05-CV-01718-DFL-GGH
    BUDGET RENT-A-CAR,                   )
12                                       )
                    Plaintiff,           )   ORDER OF DISMISSAL PURSUANT TO
13                                       )   STIPULATION BETWEEN THE PARTIES
              v.                         )
14                                       )
    UNITED STATES OF AMERICA,            )
15                                       )
                    Defendant.           )
16  _____)
17
18      This action is hereby DISMISSED WITH PREJUDICE pursuant to the Stipulation for
Compromise Settlement, Releases and Dismissal filed herein on November 22, 2006.  The Clerk of
19
the Court shall enter the dismissal and release in the official docket.
20
        IT IS SO ORDERED.
21
22
DATED: 11/22/2006
23
24
25                                          _____
26                                          DAVID F. LEVI
                                            United States District Judge
27
28

CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

    That on **November 22, 2006**, she served a copy of the following:

        ORDER OF DISMISSAL PURSUANT TO
        STIPULATION BETWEEN THE PARTIES
        [proposed]

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.
Addressee(s):

Jeffrey R. Townsend, Esq.
McNamara, Dodge, Ney, Beatty,
Slattery, Pfalzer & Borges, LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533

Janet Richmond, Esq.
Pride Industries
10030 Foothills Blvd.
Roseville, CA 95747-7102

    */s/ Janet Bain*
[original signature maintained by attorney]

_____
JANET BAIN
Legal Assistant